# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILMINGTON TRUST, N.A., AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4,
Appellant,
vs.
FORT APACHE HOMES, INC., A NEVADA CORPORATION; VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION; AND ABSOLUTE COLLECTION SERVICES, LLC,
Respondents.

No. 78390

FILED

OCT 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. James M. Bixler, Senior Judge
       Akerman LLP/Las Vegas
       Hall Jaffe & Clayton, LLP
       Ayon Law, PLLC
       Cox Law, LLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-41615